

# Fourth Court of Appeals
## San Antonio, Texas

Monday, May 4, 2015

No. 04-14-00181-CR

Michael A. **RIVAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The State's brief was originally due December 31, 2014. On January 5, 2015, the State filed a motion to extend time to file its brief, asking for a ninety-day extension. We granted the State's motion, but advised the State that no further extensions would be granted absent written proof of extraordinary circumstances. Accordingly, the State's brief was due March 31, 2015, but was not filed. On April 6, 2015, the clerk's office of this court called the State regarding the status of the State's brief. In response, the State filed a second motion for extension of time, asking for an additional thirty days to file its brief. After reviewing the motion, we determined the State has demonstrated extraordinary circumstances with regard to its second request for an extension of time. Accordingly, we granted the State's motion and ordered the State to file its brief on or before April 30, 2015. In that order, we advised the State that no further extensions of time would be granted. However, despite our admonition and extensions totaling 120 days, the State has now filed a third motion for extension of time, asking for an additional seven days in which to file its brief.

We have reviewed the State's motion and although we are reluctant to do so given our prior order, we **GRANT** the State's motion and **ORDER** the State to file its brief on or before **May 7, 2015**. **THE STATE IS ADVISED THAT NO FURTHER EXTENSIONS OF TIME TO FILE ITS BRIEF WILL BE GRANTED. IF THE STATE'S BRIEF IS NOT FILED ON OR BEFORE MAY 7, 2015, WE WILL SET THE APPEAL AT ISSUE WITHOUT THE BENEFIT OF A STATE'S BRIEF.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2015.



_____
Keith E. Hottle
Clerk of Court